IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CHARLES R. DAILEY, SR., and wife
LINDA L. DAILEY,

    Plaintiffs,

vs.

MERCK & CO., INC.; BECKY
CAPPS TEAL, DPH; EXPRESS
SCRIPTS, INC.; SARAH C.
CAPOCACCIA; STEPHANIE B.
(BUCK) ISON; COURTNEY SHAY
(INGRAM) McMAKIN; VINAY
KRISHAN SOOD; MELISSA CAROL
(McALLISTER) BARNES; MICHAEL
RICHARDS; PATRICIA
BLASINGAME and SCOTT EVANS,

    Defendants

Case No.: 1:05-cv-01083-JDT-sta

## ORDER ON MOTION FOR SPECIAL ADMISSION PRO HAC VICE

James L. (Larry) Wright has moved for special admission pro hac vice in this action on behalf of Plaintiffs. James L. (Larry) Wright is licensed to practice law in good standing before the Texas Supreme Court. For good cause shown, that motion is granted. It is hereby ordered that Mr. Wright be admitted pro hac vice as counsel for Plaintiffs and may actively participate in any trial, pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

Signed this the 22nd day of April, 2005.

_James D. Todd_
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 4/27/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:05-CV-01083 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

James L. Wright
JACKS LAW FIRM
111 Congress Avenue
Suite 1010
Austin, TX 78701

Thomas F. Preston
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Steven G. Ohrvall
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Joseph R. Alexander
MITHOFF LAW FIRM
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Honorable James Todd
US DISTRICT COURT