IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CHARLES R. DAILEY, SR., and wife LINDA L. DAILEY,<br><br>　　Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; BECKY CAPPS TEAL, DPH; EXPRESS SCRIPTS, INC.; SARAH C. CAPOCACCIA; STEPHANIE B. (BUCK) ISON; COURTNEY SHAY (INGRAM) McMAKIN; VINAY KRISHAN SOOD; MELISSA CAROL (McALLISTER) BARNES; MICHAEL RICHARDS; PATRICIA BLASINGAME and SCOTT EVANS,<br><br>　　Defendants | Case No.: 1:05-cv-01083-JDT-sta |

## ORDER ON MOTION FOR SPECIAL ADMISSION PRO HAC VICE

Joseph R. Alexander, Jr., has moved for special admission pro hac vice in this action on behalf of Plaintiffs. Mr. Alexander is licensed to practice law in good standing before the U.S. District Court of Texas, Southern District. For good cause shown, that motion is granted. It is hereby ordered that Mr. Alexander be admitted pro hac vice as counsel for Plaintiffs and may actively participate in any trial, pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

Signed this the 22nd day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 4/27/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CV-01083 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Joseph R. Alexander
MITHOFF LAW FIRM
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

James L. Wright
JACKS LAW FIRM
111 Congress Avenue
Suite 1010
Austin, TX 78701

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Thomas F. Preston
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Steven G. Ohrvall
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT