IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CHARLES R. DAILEY, SR., and wife LINDA L. DAILEY<br><br>  Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; BECKY CAPPS TEAL, DPH; EXPRESS SCRIPTS, INC; SARAH C. CAPOCACCIA; STEPHANIE B. (BUCK) ISON; COURTNEY SHAY (INGRAM) McMAKIN; VINAY KRISHAN SOOD; MELISSA CAROL (McALLISTER) BARNES; MICHAEL RICHARDS; PATRICIA BLASINGAME and SCOTT EVANS,<br><br>  Defendants | Case No.: 1:05-cv-01083-JDT-sta |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT EXPRESS SCRIPTS, INC.'S MOTION TO DISMISS**

This matter came on to be heard upon the Consent Motion of Plaintiffs requesting an additional one (1) week to respond to Defendant Express Scripts, Inc.'s Motion to Dismiss. For the reasons set forth in the motion, the Court finds the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the consent motion of Plaintiffs, for an extension of time is hereby GRANTED and that Plaintiffs shall have until Wednesday, May 4 to respond to Defendant Express Scripts, Inc.'s Motion to Dismiss.

Signed this the 28th day of April, 2005.

_James D. Todd_
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CV-01083 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

James L. Wright
JACKS LAW FIRM
111 Congress Avenue
Suite 1010
Austin, TX 78701

Thomas F. Preston
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Pam Warnock Green
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Joseph R. Alexander
MITHOFF LAW FIRM
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Honorable James Todd
US DISTRICT COURT